COM.

v.

**VEGA–DIAZ, L.**

**1530 MDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–06–CR–0002489–1995 (Berks)

Affirmed

**SNYDER, B. & T.**

v.

**MOUNT NITTANY MEDICAL CENTER**

**1545 MDA 2016**

Superior Court of Pennsylvania.

05/26/2017

2015–884 (Centre)

Affirmed

**IN RE: ADOPTION OF: C.E.M.**

**Appeal of: C.E.M.**

**92 MDA 2017**

Superior Court of Pennsylvania.

05/26/2017

84887 (Berks)

Affirmed

The BANK OF NEW YORK MELLON

v.

**JOHNSON, E.**

**302 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

MG–09–000736 (Allegheny)

Affirmed

COM.

v.

**NOWLIN, A.**

**406 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–07–CR–0002119–2012 (Blair)

Affirmed

COM.

v.

**COLE, J.**

**615 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–02–CR–0015767–2012 (Allegheny)

Affirmed